BRYANT *v.* THE STATE.

HEAD, Justice. The evidence in this case amply supported the verdict, and it was not erroneous to overrule the motion for new trial, which was based on the general grounds only.

*Judgment affirmed. All the Justices concur.*

No. 15886. JULY 10, 1947.

454

*J. D. Gardner,* for plaintiff in error.

*Eugene Cook, Attorney-General, Maston O'Neal, Solicitor-General,* and *Wright Lipford, Assistant Attorney-General,* contra.